UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

                Plaintiff,

-against-

DEPT. OF JUSTICE,

                Defendant.

22-CV-5767 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 5, 2022, the Court received this *pro se* action, purportedly brought by Kryst Zawadzki. Court records show that this action was actually filed by Young Yil Jo ("Jo"). *See, e.g.*, *Zawadzki v. INS or Dept. of Justice*, ECF 1:21-CV-8272, 2 (S.D.N.Y. Oct. 19, 2021) (noting that Jo had filed multiple lawsuits using Zawadzki's name); *see Zawadzki v. Dept. of Justice*, ECF 1:22-CV-0165, 2 (S.D.N.Y. Feb. 9, 2022) (same).

Jo is barred from filing any document in this court in the name of another person, *In re Young Yil Jo*, ECF 1:14-7793, at 2 (S.D.N.Y. Jan 8, 2015), and from filing any new civil action or proceeding in this court without first obtaining leave of the court, *In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015). Because the Court finds that this action was filed by Jo, the Court dismisses this action without prejudice to any civil action that Kryst Zawadzki may wish to bring.

The Court advises Jo that the filing injunctions issued in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), remain in effect. These injunctions bar Jo from filing (1) any new civil action or proceeding in this court without first obtaining leave of the court and (2) any document in this court in the name of another person. Should Jo persist in filing civil actions in this court in the

name of other persons, the Court may impose on him additional restrictions and sanctions. *See* 28 U.S.C. § 1651.

## CONCLUSION

The Court dismisses this action without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record for *In re Young Yil Jo*, 1:14-CV-7793, and note service on the docket. The Clerk of Court is also directed to mail a copy of this order to the address of Kryst Zawadzki listed on the docket of this action.

SO ORDERED.

Dated:   July 7, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge