UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYST ZAWADZKI,<br><br>                              Plaintiff,<br><br>            -against-<br><br>DEPT OF JUSTICE,<br><br>                              Defendant. | 22-CV-5767 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 7, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kryst Zawadzki may wish to bring.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 7, 2022
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge